**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1194**

MATTHEW K. THALER,

Plaintiff - Appellant,

v.

DONALD J. TRUMP FOR PRESIDENT, INC.,

Defendant - Appellee,

and

MARYLAND STATE POLICE,

Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:17-cv-01700-RDB)

Submitted: June 28, 2018                            Decided: July 13, 2018

Before NIEMEYER, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason A. Ostendorf, LAW OFFICE OF JASON OSTENDORF LLC, Owings Mills, Maryland, for Appellant. Robert L. Ferguson, Jr., FERGUSON, SCHETELICH & BALLEW, PA, Baltimore, Maryland; David S. Torborg, Anthony J. Dick, JONES DAY,

Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew K. Thaler appeals the district court's order dismissing his claims of breach of contract, detrimental reliance, false imprisonment, false arrest, and battery for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thaler v. Donald J. Trump for President, Inc.*, No. 1:17-cv-01700-RDB (D. Md. Jan. 19, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*